UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-10108-ALTMAN/Reid

SALTPONDS CONDOMINIUM
ASSOCIATION, INC.,

    *Plaintiff*,

v.

ROCKHILL INSURANCE COMPANY,
*et al.*,

    *Defendants*.
_____/

## ORDER

On December 21, 2022, we held a status conference to discuss the Notice of Related Action some of our Defendants had filed. *See* Notice of Related Action [ECF No. 3]; Paperless Minute Entry [ECF No. 25]. For the reasons stated on the record during the status conference, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. This case is **CLOSED and STAYED for 60 days** while the Plaintiff moves for leave to amend its complaint in the related case, *Saltponds Condominium Association, Inc. v. Rockhill Insurance Company*, Case No. 4:20-cv-10063-JEM.

2. The Plaintiff shall inform this Court that it has filed the motion in the amended case by filing a notice on our docket. **Thirty days** after filing that motion, the Plaintiff shall update the court with a status report.

3. If the motion for leave to amend is not adjudicated by **February 20, 2023**, the Plaintiff shall move for a 30-day extension of the stay. That motion for an extension must include *each* Defendant's position on the extension.

4. If, by **February 20, 2023**, the Plaintiff *hasn't* moved for leave to amend, we'll dismiss this case for failure to comply with our Order.

5. If the anticipated appraisal award moots the issues raised in this case, the Plaintiff shall promptly file a notice of voluntary dismissal.

6. All pending hearings and deadlines are **TERMINATED**, and all pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on January 9, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record